# THE PARRINELLO LAW FIRM, LLP

John F. Redmond (Deceased)
John R. Parrinello
J. Matthew Parrinello*

Mark A. Foti

William S. Ruby,
Of Counsel

THE EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
SUITE 400
ROCHESTER, NEW YORK 14614
TELEPHONE (585) 454-2321
FACSIMILE (585) 454-6626
e-mail: parrinellolawfirm@frontier.com

*ADMITTED TO FL BAR

<u>**VIA FACSIMILE: 613-4075**</u>
January 5, 2015

Hon. Jonathan W. Feldman
U.S. District Court Judge
Western District of New York
233 U.S. Courthouse
100 State Street
Rochester, New York 14614

Re:   United States v. Benjamin Dimento
      Complaint No. 14-MJ-644

Dear Judge Feldman:

    We request that Mr. Dimento's matter currently scheduled before this Court on January 9, 2015 at 9:30 a.m.

    I request that this matter be adjourned, so I can review discovery and have further communications with AUSA Doug Gregory on this matter. With the consent of Mr. Gregory, I request an adjournment for 30 days.

    We request that the time from today until the next scheduled date be excluded in the interest of justice under 18 U.S.C. §3161(h)(8) based on the fact that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's interest in a pre-trial disposition.

    If said request is granted, please contact me with an adjourned date.

    Thank you for your time and attention to this matter.

                              Very truly yours,
                              THE PARRINELLO LAW FIRM, LLP

                              J. Matthew Parrinello

JMP/AJB
cc: Douglas Gregory, AUSA (fax: 263-6420)