UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

BENJAMIN DIMENTO,

          Defendant.

ORDER

14-MJ-644

---

The motion for an adjournment is granted. (Docket #10). The status conference shall be adjourned until February 10, 2015, at 9:30 AM.

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government and to obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

                                          */s/Jonathan W. Feldman*
                                           JONATHAN W. FELDMAN
                                      United States Magistrate Judge

Dated:    Rochester, New York
            January 5, 2015