# THE PARRINELLO LAW FIRM, LLP

John F. Redmond (Deceased)
John R. Parrinello
J. Matthew Parrinello*

Mark A. Foti

William S. Ruby,
Of Counsel

THE EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
SUITE 400
ROCHESTER, NEW YORK 14614
TELEPHONE (585) 454-2321
FACSIMILE (585) 454-6626
e-mail: parrinellolawfirm@frontier.com

*ADMITTED TO FL BAR

**VIA FACSIMILE: 613-4075**
April 8, 2015

Hon. Jonathan W. Feldman
U.S. District Court Judge
Western District of New York
233 U.S. Courthouse
100 State Street
Rochester, New York 14614

RECEIVED
APR 0 8 2015
Jonathan W. Feldman
U.S. Magistrate Judge
Western District of New York

Re: **United States v. Benjamin Dimento**
**Complaint No. 14-MJ-644**

Dear Judge Feldman:

    Mr. Dimento's matter is currently scheduled before this Court on April 9, 2015 at 9:30 a.m.

    With the consent of AUSA Douglas Gregory, I request and adjournment for 60 days. We have agreed in principle to the terms of a plea agreement and anticipate a plea in District Court within the next 30-45 days.

    We request that the time from today until the next scheduled date be excluded in the interest of justice under 18 U.S.C. §3161(h)(8) based on the fact that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's interest in a pre-trial disposition.

    If said request is granted, please contact me with an adjourned date.

    Thank you for your time and attention to this matter.

Very truly yours,
THE PARRINELLO LAW FIRM, LLP

J. Matthew Parrinello

JMP/AJB
cc: Douglas Gregory, AUSA (fax: 263-6420)