UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

BENJAMIN DIMENTO,

          Defendant.

<u>ORDER</u>

14MJ644

---

The motion for an adjournment is granted. (Docket #19). The status conference shall be adjourned until <u>June 15, 2015</u> at <u>09:30 AM</u>.

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government and to obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

                                               <u>/s/Jonathan W. Feldman</u>
                                                 JONATHAN W. FELDMAN
                                         United States Magistrate Judge

Dated:   Rochester, New York
           April 8, 2015