AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 15-CR-6043FPG |
| BENJAMIN DIMENTO | ) | |
| | ) | |
| *Defendant* | ) | |

FILED
MAY 19 2015
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/19/2015

*Defendant's signature*

*Signature of defendant's attorney*

Matthew J. Parrinello, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

HON. FRANK P. GERACI, JR., USDJ
*Judge's printed name and title*