IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



---

UNITED STATES OF AMERICA,

-v-

BENJAMIN DIMENTO,

Defendant.

15-CR-6043G

**INFORMATION**
(Felony)

**Violation:**
21 U.S.C. § 846

---

## COUNT 1

### (Narcotics Conspiracy)

### The United States Attorney Charges That:

From in or about May 2014 to in or about September 2014, the exact dates being unknown to the United States Attorney, in the Western District of New York, and elsewhere, the defendant, BENJAMIN DIMENTO, did knowingly, willfully and unlawfully combine, conspire and agree with others, known and unknown to the United States Attorney, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, methylone, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**All in violation of Title 21, United States Code, Section 846.**

DATED:    Rochester, New York, May 19, 2015

WILLIAM J. HOCHUL, JR.
United States Attorney

BY:  _____
DOUGLAS E. GREGORY
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
100 State Street, Room 500
Rochester, New York 14614
(585) 399-3938
Douglas.gregory@usa.doj.gov